**Dismiss and Opinion Filed August 8, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00251-CV**

**ALICIA LEOS, Appellant**
**V.**
**ARNS INVESTMENTS LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-07438-E**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Nowell

By letter filed July 28, 2023, appellant moves to withdraw the appeal. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

230251f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ALICIA LEOS, Appellant

No. 05-23-00251-CV        V.

ARNS INVESTMENTS LLC,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-07438-
E.
Opinion delivered by Justice Nowell,
Justices Goldstein and Breedlove
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 8th day of August 2023.